JESS B. MILLIKAN (SBN 095540)
WILLIAM J. RUSTEEN (SBN 265388)
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: jess.millikan@bullivant.com
william.rusteen@bullivant.com

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MIXT GREENS, INC., a California corporation; HINES INTERESTS LIMITED PARTNERSHIP, a Delaware limited partnership; NOP 560 MISSION LLC, a Delaware limited liability company; and CAL-MURPHY, LLC, a California limited liability company,<br><br>Defendants. | Case No.: C-13-00957 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's Order Setting Case Management Conference, Travelers Property Casualty Company of America, Mixt Greens, Inc. ("Mixt Greens"), Hines Interests Limited Partnership ("Hines"), NOP 560 Mission LLC ("NOP"), and Cal-Murphy, LLC ("Cal-Murphy") hereby stipulate and request that the Court reschedule the June 6, 2013 case management conference to Thursday, June 27, 2013 at 2:00 p.m. for the reasons set forth below.

1    The parties are working diligently to find a cost-effective, efficient way to resolve this
2    dispute, and the underlying lawsuit with a minimal amount of motion practice and discovery to
3    save both this Court's resources and those of the parties. To that end, counsel in this action and
4    the underlying lawsuit are currently discussing a mediation to obtain a global resolution.
5    Moreover, some counsel have been and will be in trial and out of town, so scheduling a time to
6    meet and confer has been challenging. In the meantime, Hines and NOP have filed their
7    responsive pleadings; responsive pleadings from the other defendants are due near the end of
8    May.

9    The parties have now agreed to the following proposed schedule, subject to the Court's
10   approval:

- Meet and confer on Wednesday, June 5, 2013 at 1:00 p.m.;
- Each party's Initial Disclosures to be served by Wednesday, June 19, 2013;
- Joint Case Management Statement to be filed by Thursday, June 20, 2013; and
- The Case Management Conference to be held on Thursday, June 27, 2013 at 2:00 p.m.

For the good cause set forth above, the parties hereby respectfully request that the Court continue the Case Management Conference to 2:00 p.m. on June 27, 2013.

DATED: May 24, 2013

BULLIVANT HOUSER BAILEY PC

By _____
JESS B. MILLIKAN
WILLIAM J. RUSTEEN
Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY

- 2 -
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

```
 1  DATED: May 23, 2013
 2                                  GARY NEMER
 3
 4                                  By /s/ Gary Nemer
 5                                     GARY NEMER
                                       Attorneys for Defendant
 6                                     MIXT GREENS, INC.

 7  DATED: May 23, 2013
 8                                  ALLEN MATKINS LECK GAMBLE
                                    MALLORY & NATSIS LLP
 9
10
                                    By
11                                     FRANCIS N. SCOLLAN
                                       Attorneys for Defendants
12                                     HINES INTERESTS LIMITED
                                       PARTNERSHIP, and NOP 560 MISSION
13                                     LLC

14  DATED: May 23, 2013
15
                                    HERBERT W. YANOWITZ
16
17
                                    By
18                                     HERBERT W. YANOWITZ
                                       Attorneys for Defendant
19                                     CAL-MURPHY, LLC
20
21
22
23
24
25
26
27
28
```

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1 | DATED: May 23, 2013

GARY NEMER

By _____
GARY NEMER
Attorneys for Defendant
MIXT GREENS, INC.

7 | DATED: May 23, 2013

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By _____/s/_____
FRANCIS N. SCOLLAN
Attorneys for Defendants
HINES INTERESTS LIMITED
PARTNERSHIP, and NOP 560 MISSION
LLC

14 | DATED: May 23, 2013

HERBERT. W. YANOWITZ

By _____
HERBERT W. YANOWITZ
Attorneys for Defendant
CAL-MURPHY, LLC

— 3 —

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

1  DATED: May 23, 2013

2                                          GARY NEMER

3

4                                          By _____
                                              GARY NEMER
5                                             Attorneys for Defendant
                                              MIXT GREENS, INC.
6

7  DATED: May 23, 2013

8                                          ALLEN MATKINS LECK GAMBLE
                                           MALLORY & NATSIS LLP
9

10
                                           By _____
11                                            FRANCIS N. SCOLLAN
                                              Attorneys for Defendants
12                                            HINES INTERESTS LIMITED
                                              PARTNERSHIP, and NOP 560 MISSION
13                                            LLC

14 DATED: May 23, 2013

15                                         HERBERT. W. YANOWITZ

16

17                                         By _____
                                              HERBERT W. YANOWITZ
18                                            Attorneys for Defendant
                                              CAL-MURPHY, LLC
19

20

21

22

23

24

25

26

27

28

— 3 —
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE

**[~~PROPOSED~~] ORDER**

Based on the parties' representations above, and good cause appearing therefore, it is hereby ordered that the Case Management Conference scheduled for June 6, 2013 at 2:00 p.m. in the matter entitled *Travelers Property Casualty Company of America v. Mixt Greens, Inc., et al.*, Case No. C-13-00957 PJH, is hereby continued to Thursday, June 27, 2013 at 2:00 p.m. The parties further agree to the following schedule:

- Meet and confer on Wednesday, June 5, 2013 at 1pm;
- Each party's Initial Disclosures to be served by Wednesday, June 19, 2013; and
- Joint Case Management Statement to be filed by Thursday, June 20, 2013.

Dated: 5/28/13   _____



_____
Hon. Phyllis J. Hamilton
United States District Court Judge

14147093.1