1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12   LANDMARK AMERICAN INSURANCE CO., | Case No. 14-cv-00117 NC |
| 13                Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| 14         v. | |
| 15   HAWK MECHANICAL, INC., and others, | |
| 16                Defendants. | |

17

18          In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19   above captioned case is referred to Judge Phyllis J. Hamilton to determine whether it is

20   related to *Travelers Property Casualty Company of America v. Mixt Greens, Inc., et al.*, No.

21   13-cv-00957 PJH.

22          IT IS SO ORDERED.

23          Date: January 14, 2014                    _____

24                                                    Nathanael M. Cousins
                                                      United States Magistrate Judge
25

26

27

28

Case No. 14-cv-00117 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES