```
 1  JESS B. MILLIKAN (SBN 095540)
    WILLIAM J. RUSTEEN (SBN 265388)
 2  Bullivant Houser Bailey PC
    601 California Street, Suite 1800
 3  San Francisco, California  94108
    Telephone: 415.352.2700
 4  Facsimile: 415.352.2701
    E-Mail:      jess.millikan@bullivant.com
 5               william.rusteen@bullivant.com

 6  Attorneys for Plaintiff and Counterdefendant
    TRAVELERS PROPERTY CASUALTY
 7  COMPANY OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>    vs.<br><br>MIXT GREENS, INC., a California corporation; HINES INTERESTS LIMITED PARTNERSHIP, a Delaware limited partnership; NOP 560 MISSION, LLC, a Delaware limited liability company; and CAL-MURPHY, LLC, a California limited liability company,<br><br>                Defendant.<br><br>AND RELATED ACTIONS AND COUNTER-ACTIONS | Case No.: C-13-00957 PJH<br><br>**JOINT STATUS STATEMENT** |

Pursuant to the Court's Order filed March 25, 2014 (Docket #75), the parties have met and conferred. They request an additional 21 days (until May 6, 2014) to provide the Court with

///

///

///

---

14817221.1                   – 1 –

JOINT STATUS STATEMENT; Case No.:  Case No.: C-13-00957 PJH

1  an updated joint status statement as they are discussing but have not yet been able to reach an
2  agreement which might resolve the action before this Court.  A Proposed Order is attached to
3  this Joint Status Statement

4       DATED:  April 15, 2014

5                                                             BULLIVANT HOUSER BAILEY PC

7                                                             By          /s/ Jess B. Millikan
                                                                  JESS B. MILLIKAN
8                                                                 WILLIAM J. RUSTEEN
                                                                  Attorneys for Plaintiff and Counterdefendant
9
                                                                  TRAVELERS PROPERTY CASUALTY
10                                                                COMPANY OF AMERICA

11
         DATED:  April 15, 2014
12
                                                             ALLEN MATKINS LECK GAMBLE
13                                                           MALLORY & NATSIS LLP

14
                                                             By          /s/ Francis N. Scollan
15                                                                FRANCIS N. SCOLLAN
                                                                  Attorneys for Defendants
16                                                                HINES INTERESTS LIMITED
                                                                  PARTNERSHIP and NOP 560 MISSION
17                                                                LLC

18
         DATED:  April 15, 2014
19
                                                             MANNION & LOWE, APC
20

21                                                           By          /s/ Wesley M. Lowe
                                                                  E. GERARD MANNION
22                                                                WESLEY M. LOWE
                                                                  Attorneys for Defendant
23                                                                CAL-MURPHY, LLC

24                                                           *****

1 [~~PROPOSED~~] ORDER

2   On or before May 6, 2014 the parties shall submit an updated joint status statement
3 advising the Court as to how they wish to proceed.

4 Dated: April  16 , 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*