UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Plaintiff,

    v.

MIXT GREENS, INC., et al.,

    Defendants.

_____/

No. C 13-0957 PJH

**ORDER**

In the Joint Status Statement filed on May 6, 2014, the parties state that defendant Cal-Murphy, LLC ("Cal-Murphy") has requested that the court "clarify" its order of March 25, 2014 "regarding the issues of waiver, estoppel and laches."

The court notes that the motions that were the subject of the March 25, 2014 order were filed by plaintiff Travelers Property Casualty Company of America and defendants Hines Interests Limited Partnership and NOP 560 Mission LLC – not by Cal-Murphy. The court resolved the issues necessary to decide those motions.

The court did not reach, and does not intend to reach, any further arguments made by Cal-Murphy, which did <u>not</u> move for summary judgment and whose status in the case remains unclear to the court. If Cal-Murphy wants the court to take some action, it must formally move for what it seeks and provide authority for its standing to move as well as the basis for the requested action.

By separate order, the court has approved the parties' request to stay the case pending resolution of the underlying action.

**IT IS SO ORDERED.**

Dated: May 9, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge