JESS B. MILLIKAN (SBN 095540)
WILLIAM J. RUSTEEN (SBN 265388)
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail:        jess.millikan@bullivant.com
               william.rusteen@bullivant.com

Attorneys for Plaintiff and Counterdefendant
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MIXT GREENS, INC., a California corporation; HINES INTERESTS LIMITED PARTNERSHIP, a Delaware limited partnership; NOP 560 MISSION, LLC, a Delaware limited liability company; and CAL-MURPHY, LLC, a California limited liability company,<br><br>　　　　　　Defendant.<br><br>AND RELATED ACTIONS AND COUNTER-ACTIONS | Case No.: C-13-00957 PJH<br><br>**JOINT STATUS STATEMENT; (PROPOSED) ORDER** |

Pursuant to the Court's Orders filed March 25, 2014 (Docket #75) and April 16, 2014 (Docket #78), the parties have met and conferred.  They agree and request that the remaining claims regarding duty to indemnify should remain stayed pending final resolution of the underlying action, at which time it will be known whether Mixt Greens, Inc., Hines Interests Limited Partners, or NOP 560 Mission LLC are liable to Cal-Murphy LLC and if so, for what.

1  Cal-Murphy, LLC requests that the Court clarify its Order filed March 25, 2014 (Docket #75) regarding the issues of waiver, estoppel and laches.

A Proposed Order continuing the stay in this action is attached to this Joint Status Statement

DATED: May 6, 2014

BULLIVANT HOUSER BAILEY PC

By   /s/ Jess B. Millikan
JESS B. MILLIKAN
WILLIAM J. RUSTEEN
Attorneys for Plaintiff and Counterdefendant

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

DATED: May 6, 2014

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By   /s/ Francis N. Scollan
FRANCIS N. SCOLLAN
Attorneys for Defendants
HINES INTERESTS LIMITED PARTNERSHIP and NOP 560 MISSION LLC

DATED: May 6, 2014

MANNION & LOWE, APC

By   /s/ E. Gerard Mannion
E. GERARD MANNION
WESLEY M. LOWE
Attorneys for Defendant
CAL-MURPHY, LLC

*****

[~~PROPOSED~~] ORDER

This matter is stayed pending final resolution of the underlying action. The parties are directed to file supplemental status reports every  3   months to advise this Court concerning the status of the underlying action.

Dated:  May  9 , 2014



_____
PHYLLIS J. HAMILTON
United States District Judge